46 So.2d 861

**Damis S. CRUSE, alias Dannie S. Carr v. STATE.**

**8 Div. 825.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Madison County; E. H. Parsons, Judge.

Robbery.

Griffin, Ford, Caldwell & Ford, of Huntsville, for appellant.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

47 So.2d 921

**Isaac CULLUM, alias, v. STATE.**

**8 Div. 910.**

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Circuit Court, Morgan County; Newton B. Powell, Judge.

Murder, second degree.

Noble J. Russell, of Decatur, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 33

**William CUNNINGHAM, alias v. STATE.**

**6 Div. 861.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.
Embezzlement over $25.

Ward & Ward, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

46 So.2d 860

**John S. DAVIS et al. (Davis Construction Co.) v. H. P. RUSSELL.**

**8 Div. 897.**

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Marshall County; J. S. Stone, Judge.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellants.

49 So.2d 924

**Clarence DAVIS v. STATE.**

**6 Div. 86.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Appeal dismissed.

49 So.2d 925

**Pearl DAVIS v. STATE.**

**6 Div. 20.**

Court of Appeals of Alabama.
Dec. 5, 1950.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

PER CURIAM.
Affirmed.